19UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

                                  Criminal No. 25-cr-20612

v.

                                  Honorable Laurie J. Michelson

D-1 HAYDAR AL HAYDARI
D-2 KARAR ALNAKASH
D-3 ABBAS AL OTHMAN
D-4 MOHAMMED AL HILO
D-5 MOUSTAPHA AL FETLAWI
D-6 TERRILL DAVIS
D-7 DAVID ROSHINSKY WILLIAMS
D-8 MOHAMMED AL ABBOODI,

     Defendants.

_____/

## GOVERNMENT'S MOTION, SUPPORTING BRIEF
## AND ORDER TO UNSEAL INDICTMENT AND ARREST WARRANTS

    The United States of America hereby moves for an order unsealing the

Indictment and Arrest Warrants  in this case, and states:

    1.  The Indictment and Arrest Warrants in this case charges the Defendants

        with one or more federal crimes.

    2.  Rule 6(e)(4) of the Federal Rules of Criminal Procedure, which

        authorizes this Court to seal indictments, implicitly authorizes this Court

        to unseal indictments.

3.  The government requests that the Indictment and Arrest Warrant be

unsealed because defendant has been arrested and is entitled to receive a

copy of the Indictment and Arrest Warrants.

WHEREFORE, the government requests this Court to issue an order unsealing

the Indictment and Arrest Warrant.

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney

*s/ Louis Meizlish*
LOUIS MEIZLISH
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
313-226-9745
Louis.Meizlish@usdoj.gov

Dated:  September 4, 2025

**IT IS SO ORDERED.**

Kimberly G. Altman

s/Kimberly G. Altman

United States Magistrate Judge

Entered: September 4, 2025